**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6993**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MILTON LEWIS, a/k/a Flash,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CR-96-79-BO, CA-00-353-5-BO)

---

Submitted:  November 29, 2001        Decided:  December 12, 2001

---

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Milton Lewis, Appellant Pro Se.  Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Milton Lewis seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Lewis's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Lewis</u>, Nos. CR-96-79-BO; CA-00-353-5-BO (E.D.N.C. Mar. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>